| | | | | | |
|---|---|---|---|---|---|
| 14-474 | Willette v. DOL | Reversed | 8/12/15 | ESB | 121/696 |
| 14-482 | Norton-Griffiths v. Wells Fargo & Co. | Affirmed | 8/12/15 | Rut. Civ. | 121/696 |
| 15-030 | Pierson v. M'nt Maple, LLC | Affirmed | 8/12/15 | Frank. Civ. | 121/696 |
| 15-042 | Noel v. Noel | Affirmed | 8/12/15 | Wash. Fam. | 121/696 |
| 15-059 | Cornish v. Town of Brookline | Reversed | 8/12/15 | PVR | 121/696 |
| 15-089 | Washburn v. Fowlkes | Affirmed | 8/12/15 | Rut. Fam. | 121/696 |
| 15-113 | In re S.P. | Affirmed | 8/12/15 | Chit. Fam. | 121/696 |
| 15-127 | In re Palubicki | Affirmed | 8/12/15 | Orleans Civ. | 121/696 |
| 15-130 | Conant v. Khamnei | Affirmed | 8/12/15 | Chit. Civ. | 121/696 |
| 15-138 | Cody v. Pallito | Reversed | 8/12/15 | Orleans Civ. | 121/696 |
| 15-295 | Federal National Mortgage Ass'n v. Bisson | Dismissed | 8/19/15 | Wash. Civ. | 121/696 |
| 15-277 | Mylan Technologies, Inc. v. Zydus Noveltech, Inc. | Denied | 8/25/15 | Orig. Juris. | 121/696 |
| 15-291 | Lewis v. Bellows Falls Congregation of Jehovah's Witnesses | Denied | 9/2/15 | Orig. Juris. | 122/1216 |
| 15-301 | In re Maunsell | Denied | 9/10/15 | Orig. Juris. | 122/1216 |
| 15-330 | State v. Barrow | Affirmed | 9/21/15 | Windsor Crim. | 122/1216 |
| 15-346 | State v. Ware | Affirmed | 9/25/15 | Benn. Crim. | 122/1216 |
| 15-323 | Peters v. Baisley | Dismissed | 9/28/15 | Frank. Fam. | 122/1216 |
| 15-334 | Goldsmith v. KSK Properties, LLC | Dismissed | 9/28/15 | Lam. Civ. | 122/1216 |
| 14-123 | In re J.P. | Affirmed | 9/30/15 | Chit. Crim. | 122/1216 |
| 14-448 | State v. Bona | Affirmed | 9/30/15 | Cal. Crim. | 122/1216 |
| 15-024 | Leveille v. Baird | Affirmed | 9/30/15 | Lam. Fam. | 122/1216 |
| 15-034 | Massey v. Town of Greensboro | Affirmed | 9/30/15 | Orleans Civ. | 122/1216 |
| 15-043 | Ladd v. Pallito | Affirmed | 9/30/15 | Wash. Civ. | 122/1216 |
| 15-096 | State v. Waite | Affirmed | 9/30/15 | Windham Crim. | 122/1216 |
| 15-103 | State v. Morse | Affirmed | 9/30/15 | Add. Crim. | 122/1216 |
| 15-109 | Khalsa v. Khalsa | Affirmed | 9/30/15 | Windham Fam. | 122/1216 |
| 15-150 | Tepper v. Garcia | Affirmed | 9/30/15 | Rut. Civ. | 122/1216 |
| 15-166 | In re C.A. | Affirmed | 9/30/15 | Orleans Fam. | 122/1216 |
| 15-186 | Wool v. Pallito | Reversed | 9/30/15 | Wash. Civ. | 122/1216 |